773 A.2d 71

IN THE MATTER OF HARRY J. PINTO, JR., AN ATTORNEY AT LAW.

June 22, 2001.

**O R D E R**

The Disciplinary Review Board having filed with the Court its decision in DRB 00–049 concluding that **HARRY J. PINTO, JR.,** of **MORRISTOWN**, who was admitted to the bar of this State in 1965, should be disciplined for violating RPC 8.4(g) (conduct involving discrimination), RPC 8.1(a) (false statement of material fact in a disciplinary matter) and RPC 8.4(c) (dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board further having concluded that respondent should be required to complete twenty hours of courses in sensitivity training;

And the Court having determined that the charges of violation of RPC 8.1(a) and RPC 8.4(c) are not supported by clear and convincing evidence in the record;

And good cause appearing;

It is ORDERED that **HARRY J. PINTO, JR.,** is hereby reprimanded for violating *RPC* 8.4(g); and it is further

ORDERED that respondent shall participate in twenty hours of sensitivity training through a program and on a schedule approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.